### DEMARY v. HEDRICK et al.
#### No. 3897.

Court of Civil Appeals of Texas. Beaumont.

July 17, 1941.

Jack M. Moore and J. H. Benckenstein, both of Beaumont, for appellant.

Denman & Fowler, A. J. Thompson, and A. A. Seale, all of Nacogdoches, for appellee.

COMBS, Justice.

This is a second appeal; for a statement of the nature of the suit see our opinion on the former appeal, Williams v. Hedrick, 131 S.W.2d 187, wherein the judgment of the lower court was reversed and remanded with instructions. On the trial from which this appeal was prosecuted, the court literally entered judgment in accordance with the instructions certified from this court to the trial court.

The judgment of the lower court is affirmed.